IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR380-1 |
| | : | |
| JIMMY DELL OTT, JR. | : | |

FILED NOV 2 8 2022 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C. By dmk

The Grand Jury charges:

On or about June 27, 2022, in the County of Richmond, in the Middle District of North Carolina, JIMMY DELL OTT, JR., knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .40 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, JIMMY DELL OTT, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title, and interest in

and to any firearms and ammunition involved or used in the commission of the offenses.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. Smith and Wesson, Model SD40, .40-caliber handgun, serial number FDT8852.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: November 28, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL

FOREPERSON